Jennie VonCannon (SBN 233392)
JVonCannon@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Fl.
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Jacob S. Canter (SBN 324330)
jcanter@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Mashgin, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE; DMCA SECTION 512(h) SUBPOENA TO GITHUB, INC.

**DECLARATION OF ABHINAI SRIVASTAVA IN SUPPORT OF PETITIONER MASGHIN, INC.'S REQUEST FOR ISSUANCE OF SUBPOENA TO GITHUB, INC. PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGER(S)**

**CASE NO. 3:23-mc-80132**

## <u>DECLARATION OF ABHINAI SRIVASTAVA</u>

1.      I am the Founder and CEO of Mashgin, Inc. ("Mashgin"). As part of my duties, I am responsible for ensuring the proprietary intellectual property of Mashgin is protected.

2.      I am authorized to act on Mashgin's behalf. I submit this declaration in support of Mashgin's request for issuance of a subpoena to GitHub, Inc. ("GitHub"), pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The purpose of Mashgin's DMCA Subpoena is to identify the alleged infringer or infringers who posted Mashgin's source code on systems operated by GitHub without Mashgin's authorization, which postings infringe copyrights held by Mashgin (the "Infringing Content"). I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

3.      On April 3, 2023, I submitted on behalf of Mashgin a DMCA notification, via GitHub's online DMCA notification form (which can be accessed at https://support.github.com/contact/dmca-takedown), identifying the Infringing Content on GitHub's systems and providing the information required by 17 U.S.C. § 512(c)(3)(A). Attached hereto as **Exhibit 1** is a true and correct copy of the takedown notification that I submitted through GitHub's online form, which GitHub has preserved in a repository, except for personal information which has been redacted. The DMCA notification ticket number that I received for this submission is #2089055. I was authorized to act on behalf of Mashgin in submitting this DMCA notification.

4.      The purpose for which Mashgin's DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers, and such information will only be used for the purpose of protecting Mashgin's rights under title 17 U.S.C. §§ 100, *et seq.*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on the 25th of April, 2023, in Palo Alto, California.

DocuSigned by:

*Abhinai Srivastava*

679815CCBA01457...

SRIVASTAVA DECLARATION IN SUPPORT OF
MASHGIN, INC.'S REQUEST FOR ISSUANCE OF
SECTION 512(h) SUBPOENA TO GITHUB

# Exhibit 1



github / **dmca** Public

`<>` **Code** | Pull requests 6 | ⏵ Actions | ⊘ Security | Insights

⑂ master ▾

dmca / 2023 / 04 / **2023-04-03-mashgin.md**

**dmca-sync-bot** Process DMCA request | ⟳ History

👥 **0** contributors

219 lines (183 sloc) | 9.9 KB

While GitHub did not find sufficient information to determine a valid anti-circumvention claim, we determined that this takedown notice contains other valid copyright claim(s).

**Are you the copyright holder or authorized to act on the copyright owner's behalf?**

Yes, I am the copyright holder.

**Are you submitting a revised DMCA notice after GitHub Trust & Safety requested you make changes to your original notice?**

Yes

**Does your claim involve content on GitHub or npm.js?**

GitHub

**Please describe the nature of your copyright ownership or authorization to act on the owner's behalf.**

An ex-employee/attacker has posted all our proprietary source code on GitHub.

**Please provide a detailed description of the original copyrighted work that has allegedly been infringed. If possible, include a URL to where it is posted online.**

DocuSign Envelope ID: 9AC2131B-F4A5-43A1-B188-B196A94AAC97

This account has cloned all our private repos from GitLab and posted them on GitHub. https://github.com/leeway-dinar. These are all the repositories that contain are private code:

https://github.com/leeway-dinar/api

https://github.com/leeway-dinar/backend.mashgin.com

[invalid]

https://github.com/leeway-dinar/Checkout

https://github.com/leeway-dinar/cloud

https://github.com/leeway-dinar/cloud-api

https://github.com/leeway-dinar/cloud-demo

https://github.com/leeway-dinar/cloud-mobile

https://github.com/leeway-dinar/creator

https://github.com/leeway-dinar/creator-api

https://github.com/leeway-dinar/daimler

https://github.com/leeway-dinar/data-api.mashgin.com

https://github.com/leeway-dinar/deployment

https://github.com/leeway-dinar/deployment.mashgin.com

https://github.com/leeway-dinar/econnect.mashgin.com

https://github.com/leeway-dinar/electrontest

[invalid]

https://github.com/leeway-dinar/fleet-ui

https://github.com/leeway-dinar/fleet.mashgin.com

https://github.com/leeway-dinar/fvi

https://github.com/leeway-dinar/graph

https://github.com/leeway-dinar/graph-api

https://github.com/leeway-dinar/grid

https://github.com/leeway-dinar/grid.mashgin.com

https://github.com/leeway-dinar/hack_the_door

https://github.com/leeway-dinar/houston

https://github.com/leeway-dinar/hq-bkp

https://github.com/leeway-dinar/hw-tools

https://github.com/leeway-dinar/ingestors

https://github.com/leeway-dinar/interface_old

https://github.com/leeway-dinar/key-server

https://github.com/leeway-dinar/kiosk

https://github.com/leeway-dinar/kiosk-api-server

https://github.com/leeway-dinar/kiosk-image-builder

https://github.com/leeway-dinar/kiosk-lite

https://github.com/leeway-dinar/kiosk-lite-manager

https://github.com/leeway-dinar/label-maker

https://github.com/leeway-dinar/label-printer

https://github.com/leeway-dinar/label-printer-keyi

https://github.com/leeway-dinar/location

https://github.com/leeway-dinar/maise

https://github.com/leeway-dinar/mash-cash

https://github.com/leeway-dinar/mashgin-ui-styles

https://github.com/leeway-dinar/menu-builder

https://github.com/leeway-dinar/mobile-ui

https://github.com/leeway-dinar/monitor

https://github.com/leeway-dinar/new-my

https://github.com/leeway-dinar/order.mashgin.com

https://github.com/leeway-dinar/origin

https://github.com/leeway-dinar/origin.mashgin.com

[invalid]

https://github.com/leeway-dinar/pos

https://github.com/leeway-dinar/Prime

https://github.com/leeway-dinar/printers-cli

https://github.com/leeway-dinar/proof-of-invasion

https://github.com/leeway-dinar/python-kapi-realtime-client

https://github.com/leeway-dinar/python-lsb-release

https://github.com/leeway-dinar/python-mashgin-utils

https://github.com/leeway-dinar/rdeploy

https://github.com/leeway-dinar/realtime-data-push

https://github.com/leeway-dinar/release.mashgin.com

https://github.com/leeway-dinar/reorganized_ava

https://github.com/leeway-dinar/research

https://github.com/leeway-dinar/scripts

https://github.com/leeway-dinar/secure-token-service

https://github.com/leeway-dinar/services-monitor

https://github.com/leeway-dinar/sherlock

https://github.com/leeway-dinar/site.mashgin.com

https://github.com/leeway-dinar/stats.mashgin.com

https://github.com/leeway-dinar/test-touch

https://github.com/leeway-dinar/tools

https://github.com/leeway-dinar/transaction-playback

https://github.com/leeway-dinar/vision

https://github.com/leeway-dinar/webhooks.mashgin.com

**What files should be taken down? Please provide URLs for each file, or if the entire repository, the repository's URL.**

All the projects under https://github.com/leeway-dinar should be taken down. Here is the list:

DocuSign Envelope ID: 9AC2131B-F4A5-43A1-B188-B196A94AAC97

https://github.com/leeway-dinar/api

https://github.com/leeway-dinar/backend.mashgin.com

[invalid]

https://github.com/leeway-dinar/Checkout

https://github.com/leeway-dinar/cloud

https://github.com/leeway-dinar/cloud-api

https://github.com/leeway-dinar/cloud-demo

https://github.com/leeway-dinar/cloud-mobile

https://github.com/leeway-dinar/creator

https://github.com/leeway-dinar/creator-api

https://github.com/leeway-dinar/daimler

https://github.com/leeway-dinar/data-api.mashgin.com

https://github.com/leeway-dinar/deployment

https://github.com/leeway-dinar/deployment.mashgin.com

https://github.com/leeway-dinar/econnect.mashgin.com

https://github.com/leeway-dinar/electrontest

[invalid]

https://github.com/leeway-dinar/fleet-ui

https://github.com/leeway-dinar/fleet.mashgin.com

https://github.com/leeway-dinar/fvi

https://github.com/leeway-dinar/graph

https://github.com/leeway-dinar/graph-api

https://github.com/leeway-dinar/grid

https://github.com/leeway-dinar/grid.mashgin.com

https://github.com/leeway-dinar/hack_the_door

https://github.com/leeway-dinar/houston

https://github.com/leeway-dinar/hq-bkp

https://github.com/leeway-dinar/hw-tools

https://github.com/leeway-dinar/ingestors

https://github.com/leeway-dinar/interface_old

https://github.com/leeway-dinar/key-server

https://github.com/leeway-dinar/kiosk

https://github.com/leeway-dinar/kiosk-api-server

https://github.com/leeway-dinar/kiosk-image-builder

https://github.com/leeway-dinar/kiosk-lite

https://github.com/leeway-dinar/kiosk-lite-manager

https://github.com/leeway-dinar/label-maker

https://github.com/leeway-dinar/label-printer

https://github.com/leeway-dinar/label-printer-keyi

https://github.com/leeway-dinar/location

DocuSign Envelope ID: 9AС2131B-F4A5-43A1-B108-B196A94AAC97

https://github.com/leeway-dinar/maise
https://github.com/leeway-dinar/mash-cash
https://github.com/leeway-dinar/mashgin-ui-styles
https://github.com/leeway-dinar/menu-builder
https://github.com/leeway-dinar/mobile-ui
https://github.com/leeway-dinar/monitor
https://github.com/leeway-dinar/new-my
https://github.com/leeway-dinar/order.mashgin.com
https://github.com/leeway-dinar/origin
https://github.com/leeway-dinar/origin.mashgin.com
[invalid]
https://github.com/leeway-dinar/pos
https://github.com/leeway-dinar/Prime
https://github.com/leeway-dinar/printers-cli
https://github.com/leeway-dinar/proof-of-invasion
https://github.com/leeway-dinar/python-kapi-realtime-client
https://github.com/leeway-dinar/python-lsb-release
https://github.com/leeway-dinar/python-mashgin-utils
https://github.com/leeway-dinar/rdeploy
https://github.com/leeway-dinar/realtime-data-push
https://github.com/leeway-dinar/release.mashgin.com
https://github.com/leeway-dinar/reorganized_ava
https://github.com/leeway-dinar/research
https://github.com/leeway-dinar/scripts
https://github.com/leeway-dinar/secure-token-service
https://github.com/leeway-dinar/services-monitor
https://github.com/leeway-dinar/sherlock
https://github.com/leeway-dinar/site.mashgin.com
https://github.com/leeway-dinar/stats.mashgin.com
https://github.com/leeway-dinar/test-touch
https://github.com/leeway-dinar/tools
https://github.com/leeway-dinar/transaction-playback
https://github.com/leeway-dinar/vision
https://github.com/leeway-dinar/webhooks.mashgin.com

Do you claim to have any technological measures in place to control access to your copyrighted content? Please see our Complaints about Anti-Circumvention Technology if you are unsure.

Yes

**What technological measures do you have in place and how do they effectively control access to your copyrighted material?**

All the source code is from our private repos on GitLab

**How is the accused project designed to circumvent your technological protection measures?**

An ex-employee posted all this source code to our private repos.

**Have you searched for any forks of the allegedly infringing files or repositories? Each fork is a distinct repository and must be identified separately if you believe it is infringing and wish to have it taken down.**

No.

**Is the work licensed under an open source license?**

No

**What would be the best solution for the alleged infringement?**

Reported content must be removed

**Do you have the alleged infringer's contact information? If so, please provide it.**

I have a good faith belief that use of the copyrighted materials described above on the infringing web pages is not authorized by the copyright owner, or its agent, or the law.

I have taken fair use into consideration.

I swear, under penalty of perjury, that the information in this notification is accurate and that I am the copyright owner, or am authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

I have read and understand GitHub's Guide to Submitting a DMCA Takedown Notice.

So that we can get back to you, please provide either your telephone number or physical address.

[private], [private]

**Please type your full legal name below to sign this request.**

[private]